UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| *ex rel.* ADAM B. RESNICK, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-10149-RGS |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| OMNICARE, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL
## AS TO CLAIMS AGAINST OMNICARE, INC.

Civil Action No. 06-10149-RGS (the "Civil Action") is an action under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, filed by relator Adam B. Resnick ("Resnick") against, *inter alia*, Omnicare, Inc. ("Omnicare").

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the settlement agreement among the United States, Omnicare, and Resnick (the "Settlement Agreement"), the parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all claims asserted on behalf of the United States against Omnicare in the Civil Action for the Covered Conduct as defined in Preamble Paragraph I(1) of the Settlement Agreement, and (2) dismissing with prejudice to relator Resnick and without prejudice to the United States all remaining claims against Omnicare in Resnick's Corrected Second Amended Complaint, except the request for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d).

Resnick, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and

conditions described therein are fair, adequate, and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The United States requests that the Court unseal: (1) the United States' Notice of Intervention, (2) Resnick's Corrected Second Amended Complaint and the Complaint of the United States, (3) the Stipulation of Dismissal as to Claims Against Omnicare, Inc., and (4) the Order of Dismissal as to Omnicare, Inc. The United States requests that all other filings in the Civil Action remain under seal.

The parties respectfully request that the Court enter an order in the form of the attached proposed order.

                                          Respectfully submitted,

                                          TONY WEST
                                          ASSISTANT ATTORNEY GENERAL

                                          MICHAEL K. LOUCKS
                                          ACTING UNITED STATES ATTORNEY

                                  By:    /s/ Gregg Shapiro
                                          GREGG SHAPIRO
                                          CHRISTINE WICHERS
                                          Assistant U.S. Attorneys
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
Dated: November 3, 2009             (617) 748-3100

                                          JOYCE R. BRANDA
                                          DANIEL R. ANDERSON
                                          LAURIE A. OBEREMBT
                                          U.S Department of Justice
                                          Civil Division
                                          Commercial Litigation Branch
                                          Post Office Box 261
                                          Ben Franklin Station
                                          Washington, D.C. 20044

COUNSEL FOR RELATOR:	/s/ Timothy McCormack
	TIMOTHY McCORMACK
	Phillips & Cohen LLP
	2000 Massachusetts Avenue, N.W.
Dated:  October 30, 2009	Washington, D.C. 20036



COUNSEL FOR OMNICARE, INC.:	/s/ Paul W. Shaw
	PAUL W. SHAW
	K&L Gates LLP
	One Lincoln Street
Dated:  October 30, 2009	Boston, MA 02111

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> *ex rel.* ADAM B. RESNICK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OMNICARE, INC., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 06-10149-RGS |

## ORDER OF DISMISSAL AS TO OMNICARE, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Omnicare, Inc. ("Omnicare"), and relator Adam B. Resnick ("Resnick") filed a Stipulation of Dismissal as to claims against Omnicare. Upon due consideration of the Stipulation and the other papers on file in this action,

IT IS HEREBY ORDERED that:

1. Consistent with the terms of the Settlement Agreement executed by the United States, Omnicare, and the relator, all claims asserted on behalf of the United States against Omnicare in this action for the Covered Conduct as defined in Preamble Paragraph I(1) of the Settlement Agreement shall be dismissed with prejudice, and all remaining claims against Omnicare in Resnick's Corrected Second Amended Complaint, except the request for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d), shall be dismissed with prejudice to the relator and without prejudice to the United States.

2. No claim or allegation (including any claim or allegation against a defendant other than Omnicare) other than those specifically identified in the Stipulation and herein shall be dismissed at this time.

3.  The United States' Notice of Intervention, the relator's Corrected Second Amended Complaint, the Complaint of the United States, the Stipulation of Dismissal as to Claims Against Omnicare, Inc., and this Order of Dismissal as to Omnicare, Inc., are hereby unsealed.  All other filings in this case shall remain under seal except as previously ordered by the Court.

Done this _____ day of _____, 2009.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

3

cc:
Gregg Shapiro
Christine Wichers
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
gregg.shapiro@usdoj.gov
christine.wichers@usdoj.gov

Laurie A. Oberembt
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
laurie.oberembt@usdoj.gov

Timothy McCormack
Phillips & Cohen LLP
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036
tmccormack@phillipsandcohen.com

Paul W. Shaw
K&L Gates LLP
One Lincoln Street
Boston, MA 02111
paul.shaw@klgates.com