FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  009 JUN 30  P 4: 36

S. DISTRICT COURT
ISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. ADAM B. RESNICK, <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., RUBIN SCHRON, LEONARD GRUNSTEIN, MURRAY FORMAN, MARINER HEALTH CARE, INC., and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, <br><br> Defendants. | Civil Action. No. 06-10149-RGS <br><br> **FILED UNDER SEAL** |

## NOTICE OF WAIVER OF SERVICE

Plaintiff United States of America hereby submits the attached waiver of service of summons, which counsel for defendant Mariner Health Care, Inc. has executed.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

Dated: June 30, 2009    By: _/s/ Gregg D. Shapiro_

GREGG D. SHAPIRO
CHRISTINE WICHERS
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3366

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 30th day of June, 2009, to the following:

>Paul Shaw, Esq.
>Brown Rudnick LLP
>One Financial Center
>Boston, MA 02111
>
>William Kettlewell, Esq.
>Dwyer & Collora, LLP
>600 Atlantic Avenue, 12th Floor
>Boston, MA 02210-2211
>
>Nicholas Theodorou, Esq.
>Foley Hoag LLP
>Seaport West
>155 Seaport Boulevard
>Boston, MA 02210-2600
>
>Bruce Singal, Esq.
>Donoghue Barrett & Singal, P.C.
>One Beacon Street
>Boston, MA 02108
>
>Michael Connolly, Esq.
>Hinckley Allen Snyder LLP
>28 State Street
>Boston, MA 02109
>
>Timothy McCormack, Esq.
>Phillips & Cohen LLP
>2000 Massachusetts Ave., N.W.
>Suite 100
>Washington, D.C. 20036

/s/ Christine Wichers
CHRISTINE WICHERS
Assistant United States Attorney

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States ex rel. Resnick<br>*Plaintiff*<br>v.<br>Mariner Health Care, Inc.<br>*Defendant* | ) ) ) ) ) )   Civil Action No. 06-10149-RGS |

## WAIVER OF THE SERVICE OF SUMMONS

To: Gregg Shapiro
(*Name of the plaintiff's attorney or unrepresented plaintiff*)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/29/2009_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 06/29/2009

*Signature of the attorney or unrepresented party*

Mariner Health Care, Inc.
*Printed name of party waiving service of summons*

Michael Connolly
*Printed name*

Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109
*Address*

mconnolly@haslaw.com
*E-mail address*

(617) 378-4118
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  '09 JUN 30 P 4: 36

S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. ADAM B. RESNICK,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICARE, INC., RUBIN SCHRON, LEONARD GRUNSTEIN, MURRAY FORMAN, MARINER HEALTH CARE, INC., and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC,<br><br>Defendants. | Civil Action. No. 06-10149-RGS<br><br>**FILED UNDER SEAL** |

## NOTICE OF WAIVER OF SERVICE

Plaintiff United States of America hereby submits the attached waiver of service of summons, which counsel for defendant Leonard Grunstein has executed.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

Dated: June 30, 2009        By:   *[signature]*

GREGG D. SHAPIRO
CHRISTINE WICHERS
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3366

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 30th day of June, 2009, to the following:

>Paul Shaw, Esq.
>Brown Rudnick LLP
>One Financial Center
>Boston, MA 02111
>
>William Kettlewell, Esq.
>Dwyer & Collora, LLP
>600 Atlantic Avenue, 12th Floor
>Boston, MA 02210-2211
>
>Nicholas Theodorou, Esq.
>Foley Hoag LLP
>Seaport West
>155 Seaport Boulevard
>Boston, MA 02210-2600
>
>Bruce Singal, Esq.
>Donoghue Barrett & Singal, P.C.
>One Beacon Street
>Boston, MA 02108
>
>Michael Connolly, Esq.
>Hinckley Allen Snyder LLP
>28 State Street
>Boston, MA 02109
>
>Timothy McCormack, Esq.
>Phillips & Cohen LLP
>2000 Massachusetts Ave., N.W.
>Suite 100
>Washington, D.C. 20036

_____
CHRISTINE WICHERS
Assistant United States Attorney

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States ex rel. Resnick )
*Plaintiff* )
v. ) Civil Action No. 06-10149-RGS
Leonard Grunstein )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Gregg Shapiro
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 06/29/2009, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 06/29/2009

*Signature of the attorney or unrepresented party*

Leonard Grunstein
*Printed name of party waiving service of summons*

Bruce Singal
*Printed name*

Donoghue Barratt & Singal, P.C.
One Beacon Street
Boston, MA 02108
*Address*

bsingal@dbslawfirm.com
*E-mail address*

(617) 720-5090
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 29th day of June, 2009, to the following:

>Paul Shaw, Esq.
>Brown Rudnick LLP
>One Financial Center
>Boston, MA 02111
>
>William Kettlewell, Esq.
>Dwyer & Collora, LLP
>600 Atlantic Avenue, 12th Floor
>Boston, MA 02210-2211
>
>Nicholas Theodorou, Esq.
>Foley Hoag LLP
>Seaport West
>155 Seaport Boulevard
>Boston, MA 02210-2600
>
>Bruce Singal, Esq.
>Donoghue Barrett & Singal, P.C.
>One Beacon Street
>Boston, MA 02108
>
>Michael Connolly, Esq.
>Hinckley Allen Snyder LLP
>28 State Street
>Boston, MA 02109
>
>Timothy McCormack, Esq.
>Phillips & Cohen LLP
>2000 Massachusetts Ave., N.W.
>Suite 100
>Washington, D.C. 20036

GREGG SHAPIRO
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. ADAM B. RESNICK,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICARE, INC., RUBIN SCHRON, LEONARD GRUNSTEIN, MURRAY FORMAN, MARINER HEALTH CARE, INC., and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC,<br><br>Defendants. | Civil Action. No. 06-10149-RGS<br><br>**FILED UNDER SEAL** |

### NOTICE OF WAIVER OF SERVICE

Plaintiff United States of America hereby submits the attached waiver of service of summons, which counsel for defendant Rubin Schron has executed.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

Dated: June 29, 2009          By:  *[signature]*
GREGG D. SHAPIRO
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3366

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 29th day of June, 2009, to the following:

> Paul Shaw, Esq.
> Brown Rudnick LLP
> One Financial Center
> Boston, MA 02111
>
> William Kettlewell, Esq.
> Dwyer & Collora, LLP
> 600 Atlantic Avenue, 12th Floor
> Boston, MA 02210-2211
>
> Nicholas Theodorou, Esq.
> Foley Hoag LLP
> Seaport West
> 155 Seaport Boulevard
> Boston, MA 02210-2600
>
> Bruce Singal, Esq.
> Donoghue Barrett & Singal, P.C.
> One Beacon Street
> Boston, MA 02108
>
> Michael Connolly, Esq.
> Hinckley Allen Snyder LLP
> 28 State Street
> Boston, MA 02109
>
> Timothy McCormack, Esq.
> Phillips & Cohen LLP
> 2000 Massachusetts Ave., N.W.
> Suite 100
> Washington, D.C. 20036

GREGG SHAPIRO
Assistant United States Attorney

2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States ex rel. Resnick | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 06-10149-RGS |
| Rubin Schron | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Gregg Shapiro
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/29/2009_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 06/29/2009

_____
Signature of the attorney or unrepresented party

Rubin Schron
*Printed name of party waiving service of summons*

Nicholas Theodorou
*Printed name*

Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
*Address*

nct@foleyhoag.com
*E-mail address*

(617) 832-1163
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. ADAM B. RESNICK,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICARE, INC., RUBIN SCHRON, LEONARD GRUNSTEIN, MURRAY FORMAN, MARINER HEALTH CARE, INC., and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC,<br><br>Defendants. | Civil Action. No. 06-10149-RGS<br><br>**FILED UNDER SEAL** |

## NOTICE OF WAIVER OF SERVICE

Plaintiff United States of America hereby submits the attached waiver of service of summons, which counsel for defendant SavaSeniorCare Administrative Services, LLC, has executed.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

Dated: June 29, 2009     By: /s/ Gregg Shapiro
GREGG D. SHAPIRO
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3366

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 29th day of June, 2009, to the following:

Paul Shaw, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

William Kettlewell, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211

Nicholas Theodorou, Esq.
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

Bruce Singal, Esq.
Donoghue Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108

Michael Connolly, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Timothy McCormack, Esq.
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Suite 100
Washington, D.C. 20036

GREGG SHAPIRO
Assistant United States Attorney

2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States ex rel. Resnick | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 06-10149-RGS |
| SavaSeniorCare Administrative Services, LLC | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Gregg Shapiro
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/29/2009_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 06/29/2009

*Signature of the attorney or unrepresented party*

SavaSeniorCare Administrative Services, LLC
*Printed name of party waiving service of summons*

William Kettlewell
*Printed name*

Dwyer & Collora, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
*Address*

wkettlewell@dwyercollora.com
*E-mail address*

(617) 371-1005
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. ADAM B. RESNICK, <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., RUBIN SCHRON, LEONARD GRUNSTEIN, MURRAY FORMAN, MARINER HEALTH CARE, INC., and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, <br><br> Defendants. | Civil Action. No. 06-10149-RGS <br><br> **FILED UNDER SEAL** |

## NOTICE OF WAIVER OF SERVICE

Plaintiff United States of America hereby submits the attached waiver of service of summons, which counsel for defendant Murray Forman has executed.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

Dated: June 29, 2009        By: /s/ Gregg D. Shapiro
GREGG D. SHAPIRO
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3366

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail this 29th day of June, 2009, to the following:

Paul Shaw, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

William Kettlewell, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211

Nicholas Theodorou, Esq.
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

Bruce Singal, Esq.
Donoghue Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108

Michael Connolly, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Timothy McCormack, Esq.
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Suite 100
Washington, D.C. 20036

GREGG SHAPIRO
Assistant United States Attorney

2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States ex rel. Resnick <br> *Plaintiff* <br> v. <br> Murray Forman <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 06-10149-RGS |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Gregg Shapiro
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   06/29/2009  , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   06/29/2009

_____
*Signature of the attorney or unrepresented party*

| Murray Forman | William Kettlewell |
|---|---|
| *Printed name of party waiving service of summons* | *Printed name* |
| | Dwyer & Collora, LLP <br> 600 Atlantic Avenue, 12th Floor <br> Boston, MA 02210-2211 |
| | *Address* |
| | wkettlewell@dwyercollora.com |
| | *E-mail address* |
| | (617) 371-1005 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.