UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. ADAM B. RESNICK,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICARE, INC., RUBIN SCHRON, LEONARD GRUNSTEIN, MURRAY FORMAN, MARINER HEALTH CARE, INC., and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC,<br><br>Defendants. | Civil Action No. 06-10149-RGS |

**CORPORATE DISCLOSURE STATEMENT OF MARINER HEALTH CARE, INC.**

Pursuant to Fed. R. Civ. P. 7.1(A) and Local Rule 7.3, Defendant Mariner Health Care, Inc. discloses that it is a wholly-owned subsidiary of National Senior Care, Inc., which is privately-held.

Respectfully submitted,

MARINER HEALTH CARE, INC.

By its attorneys,

/s/ Laura B. Angelini
Michael J. Connolly (BBO #638611)
Laura Angelini (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 378-4104
mconnolly@haslaw.com
langelini@haslaw.com

#838082

Roger S. Goldman (Pro Hac Vice)
Katherine A. Lauer (Pro Hac Vice)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
(202) 637-2253
Roger.goldman@lw.com
Katherine.lauer@lw.com

Dated:  December 23, 2009

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on today's date.

            /s/ Laura B. Angelini