UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>et al.</u>, <u>ex rel.</u> ADAM B. RESNICK, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>OMNICARE, INC., RUBIN SCHRON, LEONARD GRUNSTEIN, MURRAY FORMAN, MARINER HEALTH CARE, INC., and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, <br><br>　　　　　　Defendants. | Civil Action No. 06-10149-RGS |

## MARINER HEALTH CARE, INC.'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendant Mariner Health Care, Inc. ("Mariner") hereby moves to dismiss with prejudice Counts IV, V, VI and VII of the Complaint against Mariner. In support of this motion, Mariner relies on its accompanying Memorandum of Law, submitted herewith and incorporated by reference.

WHEREFORE, Defendant Mariner Heath Care, Inc. respectfully moves this Court to dismiss Counts IV, V, VI and VII of the Complaint against it, with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Mariner hereby requests oral argument in connection with this motion.

#835678

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for the United States in a good faith effort to resolve or narrow the issues raised in Mariner's Motion to Dismiss, but have been unable to do so.

Respectfully submitted,

MARINER HEALTH CARE, INC.

By its attorneys,

/s/ Laura B. Angelini
Michael J. Connolly (BBO #638611)
Laura Angelini (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 378-4104
mconnolly@haslaw.com
langelini@haslaw.com

Roger S. Goldman (Pro Hac Vice)
Katherine A. Lauer (Pro Hac Vice)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
(202) 637-2253
Roger.goldman@lw.com
Katherine.lauer@lw.com

Dated:  December 23, 2009

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on today's date.

/s/ Laura B. Angelini