UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, )<br>*ex rel.* ADAM B. RESNICK, )<br>)<br>        Plaintiffs, )<br>)<br>    v. )<br>)<br>OMNICARE, INC., *et al.*, )<br>)<br>        Defendants. ) | Civil Action No. 06-10149-RGS |

## ORDER OF DISMISSAL AS TO OMNICARE, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Omnicare, Inc. ("Omnicare"), and relator Adam B. Resnick ("Resnick") filed a Stipulation of Dismissal as to claims against Omnicare. Upon due consideration of the Stipulation and the other papers on file in this action,

IT IS HEREBY ORDERED that:

1. Consistent with the terms of the Settlement Agreement executed by the United States, Omnicare, and the relator, all claims asserted on behalf of the United States against Omnicare in this action for the Covered Conduct as defined in Preamble Paragraph I(1) of the Settlement Agreement shall be dismissed with prejudice, and all remaining claims against Omnicare in Resnick's Corrected Second Amended Complaint, except the request for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d), shall be dismissed with prejudice to the relator and without prejudice to the United States.

2. No claim or allegation (including any claim or allegation against a defendant other than Omnicare) other than those specifically identified in the Stipulation and herein shall be dismissed at this time.

      3.      The United States' Notice of Intervention, the relator's Corrected Second Amended Complaint, the Complaint of the United States, the Stipulation of Dismissal as to Claims Against Omnicare, Inc., and this Order of Dismissal as to Omnicare, Inc., are hereby unsealed.  All other filings in this case shall remain under seal except as previously ordered by the Court.

      Done this __29__ day of __December__, 2009.

                                              /s/Richard G. Stearns
                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE