## ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* ADAM B. RESNICK, <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., <br> *et al.*, <br><br> Defendants. | Civil Action No. 06-10149-RGS <br><br> **FILED UNDER SEAL** |

## STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST MARINER HEALTH CARE, INC., SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, RUBIN SCHRON, LEONARD GRUNSTEIN, AND MURRAY FORMAN

Civil Action No. 06-10149-RGS (the "Civil Action") is an action under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, filed by relator Adam B. Resnick ("Resnick") against, *inter alia*, Mariner Health Care, Inc. ("Mariner"), SavaSeniorCare Administrative Services, LLC ("Sava"), Rubin Schron ("Schron"), Leonard Grunstein ("Grunstein"), and Murray Forman ("Forman").

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the settlement agreement among the United States, Mariner, Sava, Schron, Grunstein, Forman, and the Relator (the "Settlement Agreement"), the parties hereby stipulate, through their undersigned counsel, to the entry of an order dismissing with prejudice all claims asserted in the Civil Action on behalf of the United States against Mariner, Sava, Schron, Grunstein, and Forman.

Resnick, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The United States and Resnick respectfully request that the Court retain jurisdiction to determine the amount of the relator's share of the settlement proceeds (in the absence of a separate stipulation or agreement between the United States and Resnick) in accordance with the provisions of 31 U.S.C. § 3730(d)(1), and the parties respectfully request that the Court enter an order in the form of the attached proposed order.

Respectfully submitted,

TONY WEST
ASSISTANT ATTORNEY GENERAL

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

|  |  |
|---|---|
|  | By: _____ |
|  | GREGG SHAPIRO |
|  | CHRISTINE WICHERS |
|  | Assistant U.S. Attorneys |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, MA 02210 |
| Dated: February 26, 2010 | (617) 748-3100 |
|  |  |
|  | JOYCE R. BRANDA |
|  | DANIEL R. ANDERSON |
|  | LAURIE A. OBEREMBT |
|  | U.S Department of Justice |
|  | Civil Division |
|  | Commercial Litigation Branch |
|  | Post Office Box 261 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044 |

COUNSEL FOR RELATOR:

_____
TIMOTHY McCORMACK
Phillips & Cohen LLP
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Dated: February 12, 2010

COUNSEL FOR MARINER
HEALTH CARE, INC:

_____
ROGER S. GOLDMAN
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004

Dated: February 8, 2010

COUNSEL FOR SAVASENIORCARE
ADMINISTRATIVE SERVICES, LLC:

_____
GLENN P. HENDRIX
Arnall Golden Gregory LLP
171 17th Street, NW
Atlanta, GA 30363-1031

Dated: February __, 2010

COUNSEL FOR RUBIN SCHRON:

_____
NICHOLAS C. THEODOROU
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Dated: February __, 2010

COUNSEL FOR MURRAY FORMAN:

_____
WILLIAM H. KETTLEWELL
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

Dated: February __, 2010

COUNSEL FOR LEONARD
GRUNSTEIN:

_____
BRUCE A. SINGAL
Donoghue Barrett & Singal, P.C.
One Beacon Street
Suite 1320
Boston, MA 02108

Dated: February __, 2010

4

COUNSEL FOR MARINER
HEALTH CARE, INC:

                                        ROGER S. GOLDMAN
                                        Latham & Watkins LLP
                                        555 Eleventh Street, N.W.
                                        Suite 1000
Dated: February __, 2010                Washington, D.C. 20004


COUNSEL FOR SAVASENIORCARE
ADMINISTRATIVE SERVICES, LLC:

*/s/ Glenn P. Hendrix*

GLENN P. HENDRIX
Arnall Golden Gregory LLP
171 17th Street, NW
Dated: February 18, 2010               Atlanta, GA 30363-1031


COUNSEL FOR RUBIN SCHRON:

NICHOLAS C. THEODOROU
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Dated: February __, 2010                Boston, MA 02210


COUNSEL FOR MURRAY FORMAN:

WILLIAM H. KETTLEWELL
Dwyer & Collora, LLP
600 Atlantic Avenue
Dated: February __, 2010                Boston, MA 02210


COUNSEL FOR LEONARD
GRUNSTEIN:

BRUCE A. SINGAL
Donoghue Barrett & Singal, P.C.
One Beacon Street
Suite 1320
Dated: February __, 2010                Boston, MA 02108

COUNSEL FOR MARINER
HEALTH CARE, INC:

                                  ROGER S. GOLDMAN
                                  Latham & Watkins LLP
                                  555 Eleventh Street, N.W.
                                  Suite 1000
Dated: February __, 2010          Washington, D.C. 20004


COUNSEL FOR SAVASENIORCARE
ADMINISTRATIVE SERVICES, LLC:

                                  GLENN P. HENDRIX
                                  Arnall Golden Gregory LLP
                                  171 17th Street, NW
Dated: February __, 2010          Atlanta, GA 30363-1031


COUNSEL FOR RUBIN SCHRON:    */s/ Nicholas C. Theodorou*
                                  NICHOLAS C. THEODOROU
                                  Foley Hoag LLP
                                  Seaport World Trade Center West
                                  155 Seaport Boulevard
Dated: February 19, 2010           Boston, MA 02210


COUNSEL FOR MURRAY FORMAN:

                                  WILLIAM H. KETTLEWELL
                                  Dwyer & Collora, LLP
                                  600 Atlantic Avenue
Dated: February __, 2010          Boston, MA 02210


COUNSEL FOR LEONARD
GRUNSTEIN:

                                  BRUCE A. SINGAL
                                  Donoghue Barrett & Singal, P.C.
                                  One Beacon Street
                                  Suite 1320
Dated: February __, 2010          Boston, MA 02108

COUNSEL FOR MARINER
HEALTH CARE, INC:

Dated: February __, 2010

ROGER S. GOLDMAN
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004


COUNSEL FOR SAVASENIORCARE
ADMINISTRATIVE SERVICES, LLC:

Dated: February __, 2010

GLENN P. HENDRIX
Arnall Golden Gregory LLP
171 17th Street, NW
Atlanta, GA 30363-1031


COUNSEL FOR RUBIN SCHRON:

Dated: February __, 2010

NICHOLAS C. THEODOROU
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210


COUNSEL FOR MURRAY FORMAN:

Dated: February 18, 2010

WILLIAM H. KETTLEWELL
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210


COUNSEL FOR LEONARD
GRUNSTEIN:

Dated: February __, 2010

BRUCE A. SINGAL
Donoghue Barrett & Singal, P.C.
One Beacon Street
Suite 1320
Boston, MA 02108

| | |
|---|---|
| COUNSEL FOR MARINER HEALTH CARE, INC: | |
| | ROGER S. GOLDMAN<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W.<br>Suite 1000 |
| Dated: February __, 2010 | Washington, D.C. 20004 |
| | |
| COUNSEL FOR SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC: | |
| | GLENN P. HENDRIX<br>Arnall Golden Gregory LLP<br>171 17th Street, NW |
| Dated: February __, 2010 | Atlanta, GA 30363-1031 |
| | |
| COUNSEL FOR RUBIN SCHRON: | |
| | NICHOLAS C. THEODOROU<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard |
| Dated: February __, 2010 | Boston, MA 02210 |
| | |
| COUNSEL FOR MURRAY FORMAN: | |
| | WILLIAM H. KETTLEWELL<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue |
| Dated: February __, 2010 | Boston, MA 02210 |
| | |
| COUNSEL FOR LEONARD GRUNSTEIN: | /s/ Bruce A. Singal<br>BRUCE A. SINGAL<br>Donoghue Barrett & Singal, P.C.<br>One Beacon Street<br>Suite 1320 |
| Dated: February 12, 2010 | Boston, MA 02108 |

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* ADAM B. RESNICK, <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., *et al.*, <br><br> Defendants. | Civil Action No. 06-10149-RGS |

**ORDER OF DISMISSAL AS TO MARINER HEALTH CARE, INC.,
SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC,
<u>RUBIN SCHRON, LEONARD GRUNSTEIN, AND MURRAY FORMAN</u>**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Mariner Health Care, Inc. ("Mariner"), SavaSeniorCare Administrative Services, LLC ("Sava"), Rubin Schron ("Schron"), Leonard Grunstein ("Grunstein"), and Murray Forman ("Forman"), and relator Adam B. Resnick ("Relator") filed a Stipulation of Dismissal as to claims against Mariner, Sava, Schron, Grunstein, and Forman. Upon due consideration of the Stipulation and the other papers on file in this action,

IT IS HEREBY ORDERED that:

1. Consistent with the terms of the Settlement Agreement executed by the United States, Mariner, Sava, Schron, Grunstein, and Forman, and the relator, all claims asserted on behalf of the United States against Mariner, Sava, Schron, Grunstein, and Forman in this action shall be dismissed with prejudice.

2. This Court shall retain jurisdiction in the event of a dispute under the Settlement Agreement and to determine the amount of Relator's share of the settlement proceeds (in the

absence of a separate stipulation or agreement between the United States and Relator) in accordance with the provisions of 31. U.S.C. § 3730(d)(1).

Done this _____ day of _____, 2010.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

cc:
Gregg Shapiro
Christine Wichers
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
gregg.shapiro@usdoj.gov
christine.wichers@usdoj.gov

Laurie A. Oberembt
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
laurie.oberembt@usdoj.gov

Timothy McCormack
Phillips & Cohen LLP
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036
tmccormack@phillipsandcohen.com

Roger S. Goldman
Latham & Watkins LLP
555 Eleventh Street, N.W.
Washington, DC 20004
roger.goldman@lw.com

William H. Kettlewell
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
wkettlewell@dwyercollora.com

Nicholas C. Theodorou
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
ntheodorou@foleyhoag.com

Bruce A. Singal
Donoghue Barrett & Singal, P.C.
One Beacon Street
Suite 1320
Boston, MA 02108
bsingal@dbslawfirm.com

3