UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*, )
*ex rel.* ADAM B.RESNICK, )
         )
             Plaintiffs, )     Civil Action No. 06-10149-RGS
         )
         v. )
         )
OMNICARE, INC., *et al.*, )
         )
             Defendants. )

### ORDER OF DISMISSAL AS TO MARINER HEALTH CARE, INC., SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, RUBIN SCHRON, LEONARD GRUNSTEIN, AND MURRAY FORMAN

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act,

31 U.S.C. § 3730(b)(1), the United States, Mariner Health Care, Inc. ("Mariner"),

SavaSeniorCare Administrative Services, LLC ("Sava"), Rubin Schron ("Schron"), Leonard

Grunstein ("Grunstein"), and Murray Forman ("Forman"), and relator Adam B. Resnick

("Relator") filed a Stipulation of Dismissal as to claims against Mariner, Sava, Schron, Grunstein,

and Forman.  Upon due consideration of the Stipulation and the other papers on file in this action,

IT IS HEREBY ORDERED that:

1.      Consistent with the terms of the Settlement Agreement executed by the United

States, Mariner, Sava, Schron, Grunstein, and Forman, and the relator, all claims asserted on

behalf of the United States against Mariner, Sava, Schron, Grunstein, and Forman in this action

shall be dismissed with prejudice.

2.      This Court shall retain jurisdiction in the event of a dispute under the Settlement

Agreement and to determine the amount of Relator's share of the settlement proceeds (in the

absence of a separate stipulation or agreement between the United States and Relator) in

accordance with the provisions of 31. U.S.C. § 3730(d)(1).

Done this 1ST day of April, 2010.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

2