UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* ADAM B. RESNICK, <br>                            Plaintiffs, <br> v. <br> OMNICARE, INC., *et al.*, <br>                            Defendants. | Civil Action No. 06-10149-RGS |

## OMNICARE, INC.'S UNOPPOSED MOTION TO UNSEAL

Defendant Omnicare, Inc. ("Omnicare"), by its undersigned counsel, hereby moves this Court to unseal all documents filed in this action, with the exception of the motions to extend the seal filed by the United States and documents in support of such motions. In support of its motion, Omnicare relies on its memorandum of law submitted herewith.

Omnicare has conferred with counsel for the United States and for Relators Adam B. Resnick and Maureen Nehls, and they do not oppose this motion.

WHEREFORE, Omnicare prays that:

    A.  Omnicare's Motion to Unseal be GRANTED; and

    B.  The Court grant such other and further relief as the Court deems just and proper.

                                       Respectfully submitted,

                                       OMNICARE, INC.
                                       By its attorneys:

                                       */s/ Paul W. Shaw*
                                       Paul W. Shaw (BBO #455500)
                                       K&L Gates LLP
                                       State Street Financial Center
                                       One Lincoln Street
                                       Boston, Massachusetts 02111-2950
Dated: September 24, 2010              (617) 261-3100

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that co-counsel for Omnicare conferred with counsel for counsel for the United States and for Relators Adam B. Resnick and Maureen Nehls, and they do not oppose this motion.

/s/ Paul W. Shaw
Paul W. Shaw

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper or electronic copies will be sent to those indicated as non-registered participants on today's date.

/s/ Paul W. Shaw
Paul W. Shaw

Date: September 24, 2010